| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | **DeAndrea Ann Anderson**<br>First Name   Middle Name   Last Name | Social Security number or ITIN: | xxx–xx–0905 |
| | | EIN: | __–_____ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: | ____ |
| | | EIN: | __–_____ |
| United States Bankruptcy Court: | Northern District of Texas | Date case filed for chapter: | 7   3/29/23 |
| Case number: | 23–30582–swe7 | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | DeAndrea Ann Anderson | |
| 2. | **All other names used in the last 8 years** | aka DeAndrea Blackwell, aka DeAndrea Watson | |
| 3. | **Address** | 6653 McKinney Ranch Pkwy<br>Apt 8311<br>McKinney, TX 75070 | |
| 4. | **Debtor's attorney**<br>Name and address | Mark S. Rubin<br>Rubin & Associates, P.C.<br>13601 Preston Rd, Suite 500E<br>Dallas, TX 75240 | Contact Phone: (214)760–7777<br>Email: bankruptcy2@rubin–owens.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Scott M. Seidel<br>Seidel Law Firm<br>6505 W. Park Blvd., Suite 306<br>Plano, TX 75093 | Contact Phone: (214) 234–2500<br>Email: scott@scottseidel.com |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 1100 Commerce Street<br>Room 1254<br>Dallas, TX 75242 | Hours open:<br>Mon.–Fri 8:30–4:30<br><br>Contact Phone: 214–753–2000<br><br>Date: 3/29/23 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.<br><br>**Debtor attorneys will be responsible for verifying both the debtors' photo ID and the debtors' social security number on the record. If you are a pro se debtor who appears by telephone, the trustee may require that you appear at a continued meeting in order to present your proof of identification and social security number and to affirm that you were the one who testified at the telephonic meeting.** | May 10, 2023 at 09:00 AM<br><br>**BY TELEPHONE**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Trustee:  **Scott M. Seidel**<br>Toll free number:  **877–558–6034**<br>Alternate number:  **517–233–6351**<br>Participant Code:  **4157023** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 7/10/23** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

## INFORMATION FOR THE TELEPHONIC § 341 MEETING OF CREDITORS

Because of developing issues with the COVID−19 virus and the national declaration of emergency by the President of the United States, § 341 Meetings of Creditors (?Meetings?) will be conducted telephonically. The telephone call in numbers and participant code are found on the enclosed Notice.

**Additional Dial−In Information:**

(1) You must use a touch−tone phone to participate.

(2) <u>Landline preferred</u>. If you have a choice, use a landline phone, instead of a cell phone. Do not use a speaker phone.

(3) Dial the call−in number and then enter the participant code, which consists of 7 numbers and is followed by a # sign. Immediately place your phone on mute.

(4) Make the call from a quiet area where there is as little background noise as possible.

(5) As more than one Meeting will be held during this period, listen for your case to be called. When your case is called, unmute your phone and identify yourself.

(6) When speaking during your case, identify yourself.

(7) Do not put the phone on hold at any time after the call is connected.

(8) If any party is attending the Meeting from the same location as another party, use separate touch−tone phones to participate.

(9) Once the case Meeting is finished, hang up.

(10) If you become disconnected before your Meeting is finished, call back.

**Bankruptcy Documents:**

Debtors should have their bankruptcy documents available in the event there are questions about the information in the documents.

**Recording:** The Meetings will be recorded by the trustee or United States Trustee.

United States Bankruptcy Court

Northern District of Texas

In re:     Case No. 23-30582-swe
DeAndrea Ann Anderson     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-3     User: admin     Page 1 of 2
Date Rcvd: Mar 29, 2023     Form ID: 309A     Total Noticed: 40

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | DeAndrea Ann Anderson, 6653 McKinney Ranch Pkwy, Apt 8311, McKinney, TX 75070-2219 |
| 20089928 | + | Avant Credit, 222 W Merchandise Mart, Chicago, IL 60654-1103 |
| 20089934 | + | CTRMA Progressive, 14050 Summit Dr #113A, Austin, TX 78728-7101 |
| 20089929 | + | Citra Urgent Care, 5230 Las Virgenes Rd Suite 210, Calabasas, CA 91302-3465 |
| 20089931 | + | Comerica Bank, 6700 S Centinela Ave, Culver City, CA 90230-6304 |
| 20089935 | + | Drive Casa, 11844 E Northwest Hwy, Dallas, TX 75218-1410 |
| 20089936 | + | East Central SUD, PO Box 570, Adkins, TX 78101-0570 |
| 20089937 | + | Envision Physician Servcies, PO Box 99082, Las Vegas, NV 89193-9082 |
| 20089944 | + | Medical City McKinney, PO Box 740728, Cincinnati. OH 45274-0728 |
| 20089948 | | ProPath Associates, PO Box 678174, Dalla, TX 75267 8174 |
| 20089949 | + | Speedy Cash, 7330 W 33rd St N Suite 118, Wichita, KS 67205-9370 |
| 20089950 | | Spring Creek Utility, 2300 Leichester Dr, Spring, TX 77386 |
| 20089955 | | TX Tag, PO Box 650749, Dallas TX 75265 0749 |
| 20089953 | + | Texas Radiology Associates, PO Box 3368, Indianapolis, IN 46206-3368 |
| 20089952 | + | Texas Radiology Associates, PO Box 631893, Cincinnati, OH 45263-1893 |
| 20089956 | + | U-Haul, 6745 FM 78, San Antonio, TX 78244-1318 |
| 20089957 | + | United States Attorney, 1100 Commerce, Suite 300, Dallas, TX 75242-0397 |
| 20089960 | + | Vero Credit, 2333 N Broadway, Santa Ana, CA 92706-1661 |
| 20089961 | + | Veterans Administration, 801 Vermont Ave NW, Washington, DC 20420-0001 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: bankruptcy2@rubin-owens.com | Mar 29 2023 21:20:00 | Mark S. Rubin, Rubin & Associates, P.C., 13601 Preston Rd, Suite 500E, Dallas, TX 75240 |
| tr | + | EDI: FSMSEIDEL | Mar 30 2023 01:13:00 | Scott M. Seidel, Seidel Law Firm, 6505 W. Park Blvd., Suite 306, Plano, TX 75093-6212 |
| 20089926 | + | Email/Text: bankruptcynotices@aarons.com | Mar 29 2023 21:20:00 | Aarons Inc, 111 S Central Expwy, McKinney, TX 75070-3743 |
| 20089927 | | Email/Text: CSD-BankSO@oag.texas.gov | Mar 29 2023 21:20:00 | Attorney General State of Texas, Collections Div Bankruptcy, PO Box 12017 OAG CSC MC 38, Austin TX 78711 2017 |
| 20089930 | | Email/Text: EBN_Brea@meduitrcm.com | Mar 29 2023 21:20:00 | CMRE Financial Services, 3075 E Imperial Hwy Suite 200, Brea, CA 92821 |
| 20089932 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 29 2023 21:30:22 | Credit One Bank Correspondence, PO Box 98873, Las Vegas, NV 89193-8873 |
| 20089933 | + | Email/Text: CSIBKR@CREDITSYSTEMSINTL.COM | Mar 29 2023 21:20:00 | Credit Systems International Inc, PO Box 1088, Arlington, TX 76004-1088 |
| 20089938 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Mar 29 2023 21:30:31 | Exeter Finance Corp, PO Box 166008, Irving, TX 75016-6008 |

District/off: 0539-3 | User: admin | Page 2 of 2
Date Rcvd: Mar 29, 2023 | Form ID: 309A | Total Noticed: 40

| Recipient | | Method | Date/Time | Address |
|---|---|---|---|---|
| 20089939 | + | EDI: AMINFOFP.COM | Mar 30 2023 01:13:00 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 20089940 | + | Email/Text: FirstProgressCorrespondence@acttoday.com | Mar 29 2023 21:20:00 | First Progress, PO Box 9053, Johnson City, TN 37615-9053 |
| 20089941 | | EDI: IRS.COM | Mar 30 2023 01:13:00 | IRS CIO, PO Box 7346, Philadelphia PA 19101 7346 |
| 20089942 | | Email/Text: govtaudits@labcorp.com | Mar 29 2023 21:20:00 | Labcorp Attn Special Operations, 1250 Chapel Hill Rd, Burlington, NC 27217 |
| 20089943 | + | Email/Text: SPECIAL_SERVICES@mechanicsbank.com | Mar 29 2023 21:20:00 | Mechanics Bank, PO Box 25085, Santa Ana, CA 92799-5085 |
| 20089946 | + | EDI: NTXTOLWAY | Mar 30 2023 01:13:00 | NTTA, 5900 W Plano Pkwy, Plano, TX 75093-4695 |
| 20089945 | + | Email/Text: electronicbkydocs@nelnet.net | Mar 29 2023 21:20:00 | Nelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 20089947 | + | EDI: AGFINANCE.COM | Mar 30 2023 01:13:00 | One Main Financial Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 20089951 | | Email/Text: pacer@cpa.state.tx.us | Mar 29 2023 21:20:00 | State Comptroller of Public Accounts, 111 E 17th St, Austin, TX 78774-0100 |
| 20089954 | + | Email/Text: collections.pacer@twc.texas.gov | Mar 29 2023 21:20:00 | Texas Workforce Commission, TEC Bldg, Tax Dept, Austin, TX 78778-0001 |
| 20089958 | ^ | MEBN | Mar 29 2023 21:15:05 | US Attorney General, Department of Justice, 950 Pennsylvania Ave NW, Washington DC 20530-0001 |
| 20089959 | ^ | MEBN | Mar 29 2023 21:14:55 | US Attorney General, Department of Justice, Main Justice Building, 10th and Constitution Ave NW, Washington DC 20530-0001 |
| 20089962 | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Mar 29 2023 21:20:00 | William T Neary US Trustee, 1100 Commerce St Room 976, Dallas TX 75242-0996 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2023  Signature:  /s/Gustava Winters