Patrick M. Lynch, Esq.
State Bar Number 24065655
QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, TX 75201
(214) 871-2100 (telephone)
(214) 871-2111 (telefax)
Email: plynch@qslwm.com

Attorneys for Mechanics Bank, a California banking corporation

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE:<br><br>Deandrea Ann Anderson,<br><br>Debtor. | § § § § § § § § § § | Case No. 23-30582-swe7 |
| Mechanics Bank, a California banking corporation,<br><br>Movant,<br><br>v.<br><br>Deandrea Ann Anderson,<br><br>Debtor-Respondent. | § § § § § § § § § § § § | Hearing on Motion to Lift Automatic Stay:<br>May 3, 2023, at<br>1:30 p.m. |

**NOTICE OF HEARING**

Please be advised that Motion for Relief from the Automatic Stay of Mechanics Bank, a California banking corporation is set for hearing on May 3, 2023, at 1:30 p.m., before the Honorable Scott W Everett, via WebEx:

**For WebEx Video Participation/Attendance**:

Link: https://us-courts.webex.com/meet/everett

**For WebEx Telephonic Participation/Attendance**:

Dial-In: 1-650-479-3207
Access Code: 476 420 189

Attached is Clerk's Notice 22-04.

> Respectfully submitted,
>
> QUILLING, SELANDER, LOWNDS, WINSLETT &
> MOSER, P.C.
> 2001 Bryan Street, Suite 1800
> Dallas, TX 75201
> (214) 871-2100 (telephone)
> (214) 871-2111 (telefax)
>
>
> By: /s/ Patrick M. Lynch
>     Patrick M. Lynch
>     State Bar Number 24065655
>     Email: plynch@qslwm.com
>
> ATTORNEYS FOR MOVANT,
> MECHANICS BANK, A CALIFORNIA
> BANKING CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Hearing on Motion for Relief from the Automatic Stay was served upon the parties listed below by First Class Mail, postage prepaid, or by electronic filing notification, on April 12, 2023.

U.S. Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242

Mark S. Rubin, Esq.
Rubin & Associates, P.C.
13601 Preston Rd, Suite 500E
Dallas, TX 75240

Deandrea Ann Anderson
6653 McKinney Ranch Pkwy., Apt 8311
McKinney, TX 75070

Scott M. Seidel, Chapter 7 Trustee
Seidel Law Firm
6505 W. Park Blvd., Suite 306
Plano, TX  75093

   /s/ Patrick M. Lynch_____
Patrick M. Lynch