UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In re:　　　　　　　　　　　　　　　　　Chapter 7

Deandrea Ann Anderson,　　　　　　　　Bky. No. 23-30582
Debtor(s)

STATE OF CALIFORNIA　　　　)
　　　　　　　　　　　　　　) ss.
COUNTY OF SAN BERNARDINO　)

AFFIDAVIT

I, _Ruby Alves_, an _Associate Bankruptcy Specialist_ of Mechanics Bank, a California banking corporation, declare under penalty of perjury that I have personal knowledge of the information set forth below, which is true and correct to the best of my knowledge, information, and belief.

　　1.　　This affidavit is based on the loan payment records of Mechanics Bank, a California banking corporation as of March 30, 2023. These records are regularly maintained in the course of business and it is the regular practice to make and maintain these records. These records reflect the loan payments that are noted in the records at the time of receipt by persons whose regular duties include recording this information. I maintain these records and regularly use and rely upon them in the performance of my duties.

　　2.　　Mechanics Bank, a California banking corporation has a valid, perfected security interest in the following (the "Collateral"): 2016 Lexus ES, VIN: JTHBW1GG1G2103604.

　　3.　　$23,789.25 is the outstanding balance under the contract.

　　4.　　$2,982.86 is the amount of the existing delinquency under the contract.

　　5.　　$20,725.00 is the fair market value of the Collateral.

　　6.　　No appropriate insurance has been verified.

　　Further your affiant sayeth not.

Dated: 3/31/2023

Subscribed and sworn to before me on this 31 day of March, 2023

_____
Notary Public
My commission expires: 9/23/2026

Printed Name: Ruby Alves
Title: Associate Bankruptcy Specialist
Creditor: Mechanics Bank, a California banking corporation

LILIANA VITALI
Notary Public - California
San Bernardino County
Commission # 2417990
My Comm. Expires Sep 23, 2026