

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 10, 2023**

_____
**United States Bankruptcy Judge**
_____

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| Deandrea Ann Anderson, | § § | Case No. 23-30582-swe7 |
| Debtor. | § § | |
| | | |
| Mechanics Bank, a California banking corporation, | § § | Hearing on Motion to Lift Automatic Stay: |
| Movant, | § § | May 3, 2023, at 1:30 p.m. |
| v. | § § | |
| Deandrea Ann Anderson, | § § | |
| Debtor-Respondent. | § § § | |

## ORDER GRANTING TERMINATION OF AUTOMATIC STAY

CAME ON FOR CONSIDERATION the Motion for Relief from the Automatic Stay previously filed herein, and the Court having considered the Motion, and no response to the Motion having been offered by any party, and it appearing that MECHANICS BANK, A CALIFORNIA BANKING CORPORATION has an interest in the Collateral described in the Motion for Relief from the Automatic

Stay; that Debtor has been unable to afford Mechanics Bank, a California banking corporation adequate protection for its interest in such Collateral; that Debtor has not offered any opposition to the Motion; that all parties in interest have been duly notified of the Motion for Relief from the Automatic Stay and of the hearing on such Motion; and that Mechanics Bank, a California banking corporation should be permitted to foreclose its interest in such Collateral and be permitted to sell said Collateral in a commercially reasonable manner and apply the proceeds against the indebtedness of Debtor in connection with said Collateral and that the excess, if any, be paid over to the Trustee in Bankruptcy;

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Stay afforded by 11 U.S.C. §362 be, and it is hereby terminated to permit MECHANICS BANK, A CALIFORNIA BANKING CORPORATION to foreclose its interest and sell the Collateral described as follows, to-wit:

2016 Lexus ES
VIN: JTHBW1GG1G2103604

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that, since the Motion was unopposed by any party, the fourteen (14) day stay period otherwise imposed by Fed. R. Bnkr. P. 4001(3) shall not be applicable to this Order.

# # # END OF ORDER # # #

Submitted by:

Patrick M. Lynch, Esq.
State Bar No. 24065655
Email: plynch@qslwm.com
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, TX 75201
(214) 871-2100 (telephone)
(214) 871-2111 (telefax)

Attorneys for Mechanics Bank, a
California banking corporation