

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 10, 2023**

_____
**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE:  §  §| | |
| Deandrea Ann Anderson, § § § | Case No. 23-30582-swe7 | |
| Debtor. § § | | |

| | | |
|---|---|---|
| § | | |
| Mechanics Bank, a California banking corporation, § § | Hearing on Motion to Lift Automatic Stay: | |
| Movant, § § | May 3, 2023, at 1:30 p.m. | |
| v. § § | | |
| Deandrea Ann Anderson, § § | | |
| Debtor-Respondent. § § | | |

### ORDER GRANTING TERMINATION OF AUTOMATIC STAY

CAME ON FOR CONSIDERATION the Motion for Relief from the Automatic Stay previously filed herein, and the Court having considered the Motion, and no response to the Motion having been offered by any party, and it appearing that MECHANICS BANK, A CALIFORNIA BANKING CORPORATION has an interest in the Collateral described in the Motion for Relief from the Automatic

Stay; that Debtor has been unable to afford Mechanics Bank, a California banking corporation adequate protection for its interest in such Collateral; that Debtor has not offered any opposition to the Motion; that all parties in interest have been duly notified of the Motion for Relief from the Automatic Stay and of the hearing on such Motion; and that Mechanics Bank, a California banking corporation should be permitted to foreclose its interest in such Collateral and be permitted to sell said Collateral in a commercially reasonable manner and apply the proceeds against the indebtedness of Debtor in connection with said Collateral and that the excess, if any, be paid over to the Trustee in Bankruptcy;

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Stay afforded by 11 U.S.C. §362 be, and it is hereby terminated to permit MECHANICS BANK, A CALIFORNIA BANKING CORPORATION to foreclose its interest and sell the Collateral described as follows, to-wit:

2016 Lexus ES  
VIN: JTHBW1GG1G2103604

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that, since the Motion was unopposed by any party, the fourteen (14) day stay period otherwise imposed by Fed. R. Bnkr. P. 4001(3) shall not be applicable to this Order.

# # # END OF ORDER # # #

Submitted by:

Patrick M. Lynch, Esq.
State Bar No. 24065655
Email: plynch@qslwm.com
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, TX 75201
(214) 871-2100 (telephone)
(214) 871-2111 (telefax)

Attorneys for Mechanics Bank, a
California banking corporation

United States Bankruptcy Court

Northern District of Texas

In re:     Case No. 23-30582-swe

DeAndrea Ann Anderson     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-3     User: admin     Page 1 of 1
Date Rcvd: May 10, 2023     Form ID: pdf012     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + DeAndrea Ann Anderson, 6653 McKinney Ranch Pkwy, Apt 8311, McKinney, TX 75070-2219 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Mark S. Rubin | on behalf of Debtor DeAndrea Ann Anderson bankruptcy2@rubin-owens.com Notices.Bankruptcy@rubin-owens.com;RubinAssociatesPC@jubileebk.net |
| Patrick Michael Lynch | on behalf of Creditor Mechanics Bank Auto Finance plynch@qslwm.com jtownzen@qslwm.com |
| Scott M. Seidel | scott@scottseidel.com susan.seidel@earthlink.net;sms01@trustesolutions.net |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 4